■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN D. MOLLICA, Appellant.—Appeal from a judgment of the County Court of Albany County, rendered August 24, 1976, upon a verdict convicting defend-ant of the crime of criminal trespass in the second degree. The judgment should be affirmed. In light of the Court of Appeals' recent decisions in *People v Greer* (42 NY2d 170) and *People v Huffman* (41 NY2d 29) we can find no substance in defendant's claim. Judgment affirmed. Greenblott, J. P., Sweeney, Main, Larkin and Mikoll, JJ., concur.